

# Fourth Court of Appeals
## San Antonio, Texas

July 3, 2019

No. 04-19-00098-CR

Raymond **MANN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CR-5447
Honorable Frank J. Castro, Judge Presiding

# O R D E R

After we granted Appellant's first motion for extension of time to file the brief, Appellant's brief was due on July 5, 2019. *See* TEX. R. APP. P. 38.6(a). Before the extended due date, Appellant filed a second motion for an extension of time to file the brief until August 5, 2019.

Appellant's motion is GRANTED; the brief is due on August 5, 2019.

Any further motion for extension of time to file Appellant's brief will be disfavored.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of July, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court